THIS OPINION HAS NO 
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY 
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Miguel Ramirez, Appellant. 
 
 
 
 

Appeal From Saluda County
  William P. Keesley, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-298
 Submitted February 20, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Chief Attorney Daniel T. 
 Stacey, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Charles H. Richardson, all of Columbia; and 
 Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Miguel Ramirez 
 (Appellant) entered pleas under North Carolina v. Alford, 400 U.S. 25 
 (1970) to felony charges of driving under the influence (DUI) causing death 
 and DUI causing bodily injury.  He was sentenced to twenty-five years in prison 
 and a $10,000 fine for the charge involving death and a consecutive fifteen 
 years and a fine of $5,000 for the bodily injury charge.
On appeal, counsel for Appellant 
 has filed a final brief along with a petition to be relieved as counsel.  Appellant 
 has filed a pro se response.  After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels petition to be relieved.               
APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.